Jeffrey G. Bradford, OSB No. 133080
E-mail: jeff.bradford@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Telephone: (503) 802-5724

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME WARRANTY OF AMERICA, INC.,<br><br>Defendant. | Case No. 6:25-cv-01331-AA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

### LR 7-1 CERTIFICATION

Pursuant to LR 7-1, counsel for Defendant conferred with counsel for Plaintiff, who does not oppose this Motion.

### MOTION

Without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure or otherwise (including arbitral rights), and pursuant to Fed. R. Civ. P. 6 and LR 16-3, Defendant Home Warranty of America, Inc. ("Defendant") respectfully moves this Court, unopposed, to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1) in the above-captioned matter to and including September 22, 2025. This extension does not affect any other deadlines. This is Defendant's first request of any extension in this action.

PAGE 1 - UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**MEMORANDUM**

This action was filed on July 29, 2025, and Defendant was served on August 1, 2025. Defendant's deadline for its first appearance is therefore due on August 22, 2024. Due to multiple personal and professional scheduling conflicts, and in order to properly represent the interests of his client, Defendant's counsel requires additional time to investigate the claims asserted and prepare an appropriate response. To those ends, Defendant respectfully requests an extension of time to respond to the Complaint, with the new deadline of September 22, 2025. Plaintiff has agreed in writing to a 30-day extension from the current August 22, 2025 deadline, which, by operation of Fed. R. Civ. P. 6(a)(1)(C), which would make Defendant's new deadline September 22, 2025, if this request is granted. This motion is therefore unopposed. This extension is not sought for purposes of delay. In seeking this extension, Defendant does not waive, and expressly reserves, any and all rights, objections, arguments, and defenses relating to the Complaint and otherwise, including but not limited to all jurisdictional defenses, any arbitral rights, and the right to move to dismiss the Complaint or to move to compel arbitration of these proceedings.

Dated: August 18, 2025.              Respectfully submitted,

By: */s/ Jeffrey G. Bradford*
    Jeffrey G. Bradford, OSB No. 133080
    E-mail:   jeff.bradford@tonkon.com
    TONKON TORP LLP
    1300 SW Fifth Ave., Suite 2400
    Portland, OR 97201
    Telephone: (503) 802-5724

    *Counsel for Defendant*

PAGE 2 - UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
         ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT