Jeffrey G. Bradford, OSB No. 133080
Email: jeff.bradford@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Telephone: (503) 802-5724

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME WARRANTY OF AMERICA, INC.,<br><br>Defendant. | Case No. 6:25-cv-01331-AA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**LR 7-1 CERTIFICATION**

Pursuant to LR 7-1, counsel for Defendant conferred with counsel for Plaintiff, who does not oppose this Motion.

**MOTION**

Without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure or otherwise (including arbitral rights), and pursuant to Fed. R. Civ. P. 6 and LR 16-3, Defendant Home Warranty of America, Inc. ("Defendant") respectfully moves this Court, <u>unopposed</u>, to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint (ECF No. 1) in the above-captioned matter to and including **October 22, 2025**. This extension does not affect any other deadlines. This is Defendant's second request for extension in this action.

PAGE 1 -   UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

**MEMORANDUM**

This action was filed on July 29, 2025, and Defendant was served on August 1, 2025. On August 18, 2025, this Court granted Defendant's First Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. *See* ECF Nos. 8, 9. Therefore, Defendant's current deadline to answer, move, or otherwise respond to Plaintiff's Complaint is September 22, 2025.

Defendant respectfully requests that this Court grant a second extension of time to respond to Plaintiff's Complaint, making Defendant's new deadline to answer, move, or otherwise respond to Plaintiff's Complaint **October 22, 2025**. Defendant's counsel has professional and personal scheduling conflicts with the current deadline (including a six-week jury trial set to commence on September 22, 2025, motion deadlines, and hearing dates in other matters around the same time period), making it extremely difficult to meet the current deadline. Moreover, the Parties are in the process of discussion a potential for extra-judicial resolution of this dispute, which may obviate the need for responding to the Complaint if successful, and Defendant seeks an extension so that the Parties can see those discussions through to their natural conclusion without incurring additional legal expenses or burdening the Court or its resources. Accordingly, an extension will promote efficiency and judicial economy by allowing Defendant to explore a potential extra-judicial resolution and prepare appropriate responsive pleadings if needed and enabling the Parties to adequately evaluate the claims at issue, without the Parties or the Court being impacted or incurring additional burden or costs.

The requested extension is not for the purpose of delay, will not prejudice any party, and will not impact the timely resolution of the matter. Moreover, Plaintiff (through his counsel) has agreed in writing to a 30-day extension from the current September 22, 2025 deadline. This motion is therefore <u>unopposed</u>. Accordingly, there is "good cause" for the extension for at least the

foregoing reasons. In seeking this extension, Defendant does not waive, and expressly reserves, all rights, objections, arguments, and defenses relating to the Complaint and otherwise, including but not limited to all jurisdictional defenses, any arbitral rights, and the right to move to dismiss the Complaint under Fed. R. Civ. P. 12 or to compel arbitration of these proceedings, if/when Defendant determines it has the right so move.

WHEREFORE, Defendant respectfully requests that the Court grant this unopposed motion and extend Defendant's deadline to answer, move, or otherwise respond to the Complaint to October 22, 2025.

DATED: September 17, 2025.

TONKON TORP LLP

By: */s/ Jeffrey G. Bradford*
Jeffrey G. Bradford, OSB No. 133080
Email: jeff.bradford@tonkon.com
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Telephone: (503) 802-5724

*Attorneys for Defendant*