Jeffrey G. Bradford, OSB No. 133080
E-mail:jeff.bradford@tonkon.com
TONKON TORP LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Telephone: (503) 802-5724

Patrice Ruane (admitted *pro hac vice*)
E-mail: pruane@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4000

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME WARRANTY OF AMERICA, INC.,<br><br>Defendant. | Case No. 6:25-cv-01331-AA<br><br>**DECLARATION OF PATRICE S. RUANE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

I, Patrice S. Ruane, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an associate with Manatt, Phelps & Phillips LLP, counsel for Defendant CHW Group, Inc. ("Defendant"), appearing in this matter *pro hac vice*. I am licensed to practice law in California. I am good standing with California bar and in all jurisdiction where admitted.

2. I submit this declaration in support of Defendant's Motion to Dismiss and/or Strike Plaintiff's Class Action Complaint. Unless otherwise stated, the information set forth herein and below is true and correct, is based on my own personal knowledge, and, if asked to testify thereto, I could and would do so competently.

3. Upon information and belief, the phone number at issue in this case (hereafter, the "Subject Phone Number"), as to which Plaintiff claims to be the user and/or subscriber, is comprised of the area code (541) and seven identical digits (i.e., 541-xxx-xxxx, with all x representing the same number). The full Subject Phone Number has not been included here for confidentiality purposes but it is known to Plaintiff and can be provided to the Court upon request.

4. The attached Exhibits have been partially redacted for confidentiality purposes to remove the Subject Phone Number and other potentially personally identifying information, in accordance with local electronic filing practices, but they were provided by our office to Plaintiff's Counsel in the Action in unredacted form prior to the filing of the Motion. No content was altered.

**Internet Search Results for Phone Number**

5. On October 18, 2025, I performed a Google.com search for the Subject Phone Number. I received numerous results, and some relevant examples are discussed below.

//
//
//

6.  One result was a link to "Resume and CV Samples – Master's and Ph.D. Level," published by Oregon State University, available at: https://career.prod.acquia.cws.oregonstate.edu/sites/career.oregonstate.edu/files/resume_and_cv_samples.pdf. A true and correct copy of the PDF is attached as **Exhibit A**.

7.  One result was a link to "Effective Resumes for Fisheries & Wildlife Students," published by Oregon State University, available at: https://fw.oregonstate.edu/sites/agscid7/files/fw/writing_effective_resumes.pdf. A true and correct copy of the PDF is attached as **Exhibit B**.

8.  One result was a link to "Dental Assisting Program Application Fall 2020 Forms Packet," published by Lane Community College, available at: https://inside.lanecc.edu/sites/default/files/hp/dental/da_sample_application.pdf. A true and correct copy of the PDF is attached as **Exhibit C**.

9.  One result was a link to "USCIS Form I-765, Guide for F-1 Students," published the University of Oregon, available at: https://isss.uoregon.edu/sites/default/files/i765_guide_2018-10-25.pdf. A true and correct copy of the PDF is attached as **Exhibit D**.

10. One result was a link to the full Local Rules of Civil Procedure for the District of Oregon, available at: https://www.ord.uscourts.gov/index.php/printable-civil-procedure?tmpl=component&print=1. A true and correct copy of an excerpt from the webpage, showing Rule 5, is attached as **Exhibit E**.

11. One of the results was a link to the "Our Services" page of the Atlas Storage website, available at: https://www.atlas-storage.net/storage-services. A true and correct copy of the webpage is attached as **Exhibit F**.

12.     One result was a link to Joe Hansey's real estate agent page on www.realtor.com, available at: https://www.realtor.com/realestateagents/5911e679d285640010193256.  A true and correct copy of the webpage is attached as **Exhibit G**.

13.     One result was a link to the "Watchdog Florence" Facebook page, available at: https://www.facebook.com/WATCHDOGFLORENCE/.  A true and correct copy of the first section of the Facebook page is attached as **Exhibit H**.

14.     One result was a link to a post on the Leaven No Trace Facebook page, where it was provided as the contact number for "Chet Wilson" as the Director of Marketing for leavennotrace.org, available at: https://www.facebook.com/leavennotrace. A true and correct copy of the post is attached as **Exhibit I**.  This was the only instance where the Subject Phone Number was associated with someone using Plaintiff's name.

## Phone Report

15.     On October 20, 2025, at my direction and request, researchers at my firm generated two phone reports for the Subject Phone Number: a "Super Reverse Lookup Search" and a "Phone Report."  I understand these are publicly available reports, available on sources like Lexis and derived from carrier records.  True and correct copies of these phone reports are attached as **Exhibit J**.  In sum, these reports do not show the name "Chet Wilson" or the like.

## PACER Case Report

16.     On October 16, 2025, I ran a "Find Parties (Advanced)" search on the PACER Case Locator service, looking for cases filed by the Plaintiff, using the name "Chet Michael Wilson." I have conducted such searches in the past.

17.     Upon receiving the results, I manually reviewed every result where the "Nature of Suit" code was not 485 (i.e., TCPA). I removed the cases where "Nature of Suit" did not equal 485

and where the Complaint did not assert a TCPA claim. Upon information and belief, the remaining cases are TCPA cases brought by Plaintiff Chet Wilson.

18. I removed non-relevant columns and sorted the results by filing date.

19. A true and correct copy of the resulting spreadsheet is attached as **Exhibit K**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of October, 2025, in Los Angeles County, California.

<u>/s/ Patrice S. Ruane</u>

Patrice S. Ruane