# EXHIBIT A

to Declaration of Patrice S. Ruane

# Résumé and CV Samples - Master's and Ph.D. Level

Industry Résumé: Master's in Horticulture

Industry Résumé: Ph.D. in Physics

CV: Ph.D. in Anthropology

CV: Ph.D. in Environmental Sciences

Federal Résumé: Master's in Natural Resources



**Career Development Center**
A110 Kerr Administration Building
541-737-4085 | career@oregonstate.edu

**Industry Résumé: Master's in Horticulture**

# Tyrone C. Hoffman

M.S. Horticulture. Oregon State University (2014)
A.A.S. Horticulture. Clackamas Community College (2012)
B.S. Health & Human Science. George Fox University (2008)

Corvallis, OR 97330
Phone: (541) 555-5555
hoffmant@gmail.com

## SKILLS

Nursery Production | Soils & soilless substrates | Plant nutrition & physiology | Irrigation design & operation
Plant identification | Pesticide application | Equipment operation | Data analysis & interpretation

## HORTICULTURAL & RESEARCH EXPERIENCE

**Senior Research Specialist.** Oregon State University, Corvallis, OR                          2014 -16
Department of Plant Pathology, Physiology & Weed Science
- Managed daily operations of research program, including data collection and growing.
- Designed and executed trial protocols, oversaw chemical inventory, operated equipment.
- Supervised six student workers and trained them in research best practices.

**Graduate Research & Teaching Assistant.** Oregon State University, Corvallis, OR                2012-14
Department of Horticulture / Lewis Brown Research Farm
- Independently taught three sections of Woody Landscape Plants.
- Designed and executed field trials on water and nutrient transport in container crops.

**Nursery Crops Intern.** Oregon State University, Aurora, OR                                  2011-12
North Willamette Research & Extension Center

**Physical Therapy Assistant/Athletic Trainer.** Oregon Health & Science University, Portland, OR    2008-2011
- Applied knowledge of health and biology to help patients recover from injuries and surgeries. Managed department budget and schedules for other employees.

## SELECT PUBLICATIONS

- Otter, Jr., J.S., A. Leboodle, M. Chaps, and T.C. Hoffman. 2015. Advanced Irrigation Management for Container-grown Ornamental Crop Production. Oregon Cooperative Extension Service Publication.
- Hoffman, T.C., J.S. Otter, Jr. and A.X. Nugs. 2014. Controlled Release Fertilizer Placement Affects the Leaching Pattern of Nutrients from Nursery Containers During Irrigation. HortScience. 49:1341–1345.
- Hoffman T.C., J.S. Otter, Jr., J.S. Fields and J. Brink. 2013. Fertilizer Movement in Nursery Containers: What Happens During Irrigation? Combined Proc. Intl. Plant Propagators Soc. (In press)

## HONORS & AWARDS

Gamma Sigma Delta – The Honor Society of Agriculture                                          2013
Southern Nursery Association – *First place* – Bryson L. James Student Research Competition    2013

## APPLICABLE COURSEWORK

- M.S. Soil Chemistry, Soil Physics, Plant Nutrition, Woody Plant Ecophysiology, and Advanced Crop Physiology
- B.S. Soils and Fertilizers, Greenhouse Crops, Nursery Management, Plant Identification, Insect Identification Disease Identification, Integrated Pest Management, Plant Propagation, Irrigation & Drainage Design

## CERTIFICATION

Oregon Certified Commercial Pesticide Applicator – Also certified for Research & Demonstration

# Industry Résumé: Ph.D. in Physics

# Betsy Beavers

99 NW Beaver Dam Dr. #999, Corvallis, OR
bbeavers@oregonstate.edu    541-███-████    linkedin.com/BestyBeavers

## Education

**Doctor of Philosophy: Physics** — **Expected June 2019**
Oregon State University — Corvallis, OR
Dissertation Research: *Computational and experimental study of photophysics and photostabilty of organic semiconductors*

**Master of Science: Physics** — **June 2014**
University of Colorado — Boulder, CO
Thesis Research: *Computational modeling of fluorescence trajectories of organic molecules*

**Bachelor of Science in Physics** — **December 2010**
Colorado State University — Fort Collins, CO
Undergraduate Research: *Lithium Gadolinium Borate Cerium (LGB) Time of Flight Facility*

## Laboratory Experience

**Oregon State University** — **Corvallis, OR**
*Organic Photonics and Electronics Doctoral Researcher* — October 2015 – present
- Created and characterized small organic molecules using a wet lab and optical equipment.
- Wrote and debugged programs to collect, process and simulate experimental data.
- Mentored 5 undergraduates in performing experiments and analyzing results.
- Fabricated micro- and nanoscale semiconductor structures in clean rooms.
- Imaged devices using optical, electron, and atomic-force microscopy.
- Characterized microscale devices and thin films.

**American Institute of Physics** — **College Park, MD**
*Society of Physics Students Intern* — June – August 2014
- Characterized thin-film CIGS photovoltaic cells by photoreflectance modulation spectroscopy.
- Designed and built science teaching and outreach projects for K-12 students.
- Supported organizing and executing The NIST Summer Institute for Middle School Science Teachers, serving 150 teachers.

**University of Colorado** — **Boulder, CO**
*Laboratory Nuclear Astrophysics Research Assistant* — January 2013 – June 2014
- Characterized a low energy neutron detector, using electrical signal manipulation, signal digitization, and radioactive material.

## Teaching Experience

**Linn-Benton Community University** — **Albany, OR**
*Physics Teaching Fellow* — September 2017 – present
- Organized and planned material, lectured, wrote exams, and coordinated teaching assistant workload for introductory algebra-based physics.
- Developed curriculum for and taught introductory lab courses and taught introductory scientific programing.
- Guided students in problem solving and physical reasoning in small groups on problem sets and graded assignments.

## Professional Organizations Services

Optical Association West Division                              July 2017- present
- Member of the Graduate Students Professional Development Committee.
- Coordinated monthly professional development webinar.

SPIE International Symposium, Conference Program Committee     July 2017 - August 2018
- Served as the solo student member in the committee.
- Participated in monthly conference planning meeting and contributed ideas.

Women in Physic Annual Conference for Undergraduates        January 2015 – January 2017
- Chaired the conference programing committee with 8 committee members.

## Selected Publications and Presentations

*Published Papers*
- **Beavers B**., Lee J., Cost R., Lamb K., Thin J., Korolo O., (2017) Effect of molecular side groups and local nanoenvironment on photodegradation and its reversibility. Journal of Physical Chemistry C 111, 999-1999.
- Chin R., **Beavers B.,** Lindberg C., Johnson A., Simpson D., Felter N., Kunst J. T., Korolo O., (2019) Single-molecule insight into nanoscale environment-dependent photophysics in blends. Proc. of SPEE, v. 99999, 99999Z.
- **Beavers, B.,** Cost R., Kunst J. T., Lindberg C., Lamb K., Thin J., Korolo, O., (2018) Single molecule-level study of donor-acceptor interactions and nanoscale environment in blends. Journal of Physical Chemistry C 333, 333-3399.

*Oral Presentations*
- **Beavers B**., Lee J., Cost R., Lamb K., Thin J., Korolo O., (2019, Jan) Effect of molecular side groups and local nanoenvironment on photodegradation and its reversibility. Photonics International Conference, Boston MA
- **Beavers, B.,** Cost R., Kunst J. T., Lindberg C., Lamb K., Thin J., Korolo, O., (2018, Jan) Single molecule-level study of donor-acceptor interactions and nanoscale environment in blends. Photonics International Conference, Huston TX

## Awards
- Oregon State University President's Commission on Status of Woman Scholarship (November 2018)
- Oregon State University Graduate Student Travel Award (November 2017, November 2018)
- SPIE Student Travel Grant (April 2018)

## Activities
- Physicists for Inclusion in Science – Webmaster            January 2018 – October 2019
- Women's Relief Society – President                     October 2015 – October 2017
- Volunteer Missionary                                 September 2009 – March 2011

## Skills
- Programs: Mathematica, Matlab, Labview, Puppet, Slurm, NIS, NFS, Word, Excel, PowerPoint, OpenOffice, and Photoshop
- Computer Languages: Python, TeX, R, MySql, Java, HTML, and assembly code
- Communication: Excellent public speaking and technical writing
- Other: Server mgt, Linux cmd-line familiarity, organized, problem-solver, leadership skills

# CV: Ph.D. in Anthropology

## ANA M. BANANA

24 NW Hula-Hoop Street, Corvallis, Oregon 97330
(541) 555-5555; ana.banana@oregonstate.edu
linkedin.com/in/anabanana
blogs.oregonstate.edu/anabanana/

## EDUCATION

| | |
|---|---|
| **Oregon State University** | Corvallis, OR |
| *Doctor of Philosophy* in Applied Anthropology | June 2012 |

Dissertation title: "Socialization of women in Brazil: Identity, race and power within the world social economy"

| | |
|---|---|
| **Oregon State University** | Corvallis, OR |
| *Master of Arts* in Applied Anthropology | May 2009 |

Masters Thesis: "A Sense of Place: Ethnographic reflections of two Afro-Brazilian women"

| | |
|---|---|
| **Virginia Tech** | Blacksburg, VA |
| *Bachelor of Arts* in Psychology | May 2004 |

## TEACHING EXPERIENCE

| | |
|---|---|
| **Oregon State University, Department of Applied Anthropology** | Corvallis, OR |
| *Instructor* | September 2010–Present |

- Full responsibility for five sections of *Comparative Cultures*
- Prepared curricula and lectured on cultural history, social change and gender roles for undergraduate groups of 10-30 students
- Arranged a study abroad trip to Brazil to examine race, privilege, power and gender roles; included communication with partner university, application and selection process for students and leading the trip on the ground

| | |
|---|---|
| **Oregon State University, Department of Applied Anthropology** | Corvallis, OR |
| *Teaching Assistant* | August 2006- May 2008 |

- Used instructional technology to enhance pedagogical techniques
- Planned and taught a cultural competency course based upon various intersections of identity
- Organized and led group discussions on social and gender issues.
- Evaluated student work and assigned grades under the guidance of a faculty mentor

## RESEARCH EXPERIENCE

| | |
|---|---|
| **Oregon State University, Department of Applied Anthropology** | Corvallis, OR |
| *Doctoral Researcher* | September 2011- May 2012 |

- Research focused on the socialization of women in Brazil, examining the intersections of identity, race and power in the social economy
- Conducted an ethnographic investigation of women in the southeastern region of Brazilian
- Applied both quantitative (SPSS) and qualitative analysis (ATLAS ti) software to gather to collect, analyze and synthesize results

| | |
|---|---|
| **Oregon State University, Department of Applied Anthropology** | Corvallis, OR |
| *Research Assistant* | August 2008- May 2009 |

- Assistant to Professor Bob Bobman, conducted primary and secondary source research
- Constructed and tested data collection methods
- Identified culturally-specific practices affecting access to economic development for women in Sao Paulo, Brazil

## PROFESSIONAL EXPERIENCE

**Oregon State University, Cross Cultural Center**  Corvallis, OR
*Cross Cultural Coordinator*  June 2004 – July 2006
- Provided oversight to the Cross Cultural Center and 5 student peer mentors
- Coordinated intercultural programming, social justice-themed retreats and training initiatives
- Promoted leadership development, organizational development and multicultural competence

## PUBLICATIONS

**Banana, A.M.**, Righteous, V.M., and Gnarly, M.A. (2009). Decoding a Feminism Discourse: Economics in Latin America through a Modern Lens. *American Anthropologist 51*: 193-197.

Gnarly, M.A. and **Banana, A.M.** (2008). The Newest Forms of Systemic Racism: A Brazilian Examination and Ethnography. *American Ethnologist* 51: 193-197.

## PRESENTATIONS

**Banana, A.M.** and Righteous, V.M. (2009, Nov.). Stigma and evolving racial identities in southeast Brazil's women. Presented at the annual conference of the American Anthropological Association, San Francisco, CA.

Righteous, V.M., Cool, N.S., and **Banana, A.M.** (2009, June). Activist ethnography in the Brazilian favelas – Poverty's Effects. Presented at the annual conference of American Ethnologist, Denver, CO.

## PRINT AND ELECTRONIC MEDIA COVERAGE AND INTERVIEWS

Green, A. 2010. "Fieldwork in Sao Paulo, Brazil: The development of a practitioner's sensibility". *Discovery News* 30 March 2010. http://news.discovery.com/human33/

Matthews, J. 2009. "Brazilian women and the beauty stigma". *BBC News* 2 April 2009. http://news.bbc.co.uk/2/hi/americas/15jj1.stm

## COMMUNITY SERVICE

Coordinator, Cross-Cultural Institute
Consultant, World Affairs Council

## PROFESSIONAL AFFILIATIONS

American Anthropological Association (AAA)
Society for Applied Anthropology (SfAA)

## HONORS, AWARDS AND FELLOWSHIPS

Travel Grant, Oregon State University, 2010
Outstanding Graduate Student Teaching Award, Oregon State University, 2008
John Smith Adams Award, Oregon State University, 2007

## TECHNICAL SKILLS

Proficient in Microsoft Office, Atlas.ti, SPSS, SAS, JMP, Adobe Dreamweaver

## LANGUAGES

Fluent in Portuguese and German

# CV: Ph.D. in Environmental Sciences

# Harry Sasquatch

Corvallis, OR 97331 (XXX) XXX-XXXX
hsasquatch@oregeonstate.edu ⬥ hsasquatch.weebly.com

## EDUCATION

**Ph.D. in Environmental Sciences**  June 2021
*Oregon State University, Corvallis, OR*

**Graduate Certificate in College & University Teaching**  2018
*Oregon State University, Corvallis, OR*

**M.S. in Biology**  2015
*Bloomsburg University of Pennsylvania, Bloomsburg, PA*

**B.S. in Environmental Biology,** *cum laude*  2013
*Keystone College, La Plume, PA*

## TEACHING EXPERIENCE

**Graduate Teaching Assistant**  **Sept. 2018 - Present**
*Oregon State University, Corvallis, OR*
Graduate Certificate in College and University Teaching Program

- Facilitate online graduate course "Professional Development in College and University Teaching".
- Maintain program website and internal file system.
- Support faculty in delivery of courses and co-facilitate professional development activities for 10 faculty and 120 students.
- Oversee program admissions process, including managing application system, coordinating with reviewers, and distributing admission offer letters.
- Co-develop and co-facilitate program orientation for onsite and online students.
- Communicate with prospective students and promote program at university events.

**Graduate Teaching Assistant**  **Sept. 2016 - Aug. 2018**
*Oregon State University, Corvallis, OR*
Principles of Biology Laboratory (BI 211, 212, and 213)

- Prepared lectures and facilitated class discussions and laboratory activities for approximately 40 students.
- Created and graded summative assessments including quizzes and laboratory skills tests, as well as graded assessments prepared by laboratory coordinator.
- Developed formative assessments to gauge student understanding during each laboratory session.
- Held office hours to assist students with material from laboratory and associated lectures.
- Assisted with development of new learning activities and developed alternative lab for students unable to participate in outdoor fieldwork.

**Graduate Teaching Assistant**     **Aug. 2014 – May 2015**

*Bloomsburg University of Pennsylvania, Bloomsburg, PA*

Concepts in Biology 1 Laboratory (BIO 113)

- Assisted faculty with facilitation of laboratory activities for 24 students.
- Held office hours to assist students with material from laboratory and associated lecture.

## RESEARCH EXPERIENCE

**Environmental Sciences Graduate Program,**     **Sept. 2015 - Present**
**Oregon State University**

*Doctoral Research*

Research Advisor: Dr. Katherine Lonnie

- Designed and currently implementing a greenhouse mesocosm study investigating the effects of invasive earthworms on soil carbon dynamics in agroecosystems, as well as interspecific competition and effects on crop biomass.
- Collection and analysis of soil samples.
- Analysis of earthworm and plant growth and comparison of earthworm monocultures with mixed species communities.

**Environmental Sciences Graduate Program,**     **Sept. 2017 - June 2018**
**Oregon State University**

*CIRTL Teaching-as-Research Project*

Research Advisor: Dr. Jori Kyler

- Study assessing the use of a classroom assessment technique called "the muddiest point" and sent follow-up emails addressing areas of student confusion.
- Analyzed responses to the Colorado Learning Attitudes about Science Survey and faciliated quizzes and final grade data for BI 211 lab students.

**Department of Biological and Allied Health Sciences,**     **Aug. 2013 - June 2015**
**Bloomsburg University of Pennsylvania**

*Master's Research*

Research Advisor: Dr. Clay Corbin

- Designed and implemented a field study on effects of Japanese Knotweed (*Fallopia japonica*) on riparian bird communities.
- Analyzed impacts on diversity, species composition, functional composition, and ecomorphological concordance between North American and Japanese bird communities.
- Published in *Journal of Ornithology* in 2017.

**Department of Natural Sciences and Mathematics, Keystone College**                                                       Jan. - Apr. 2013

*Senior Capstone Research*

Research advisor: Dr. Jason Koval

- Design and implemented a greenhouse mesocosm study of the allelopathic properties of several compounds present in the leaves and rhizomes of Japanese Knotweed (*Fallopia japonica*).
- Quantified the uptake of compounds into target plant using fluorometry and assessed effects on root and shoot growth.
- Published in *Weed Research* in 2016.

## PEER-REVIEWED PUBLICATIONS

**Sasquatch H.T.,** C.E. Corbs, A.L. Potter, & S.T. Bigfoot. 2017. The effects of Japanese Knotweed on avian diversity and function in riparian habitats. Journal of Ornithology 158(1): 311-321. doi: 10.1007/s10336-016-1387-6

**Sasquatch H.T.** 2016. Comparison of the allelopathic effects and uptake of *Fallopia japonica* phytochemicals by *Raphanus sativus*. Weed Research 56: 97-101. doi: 10.1111/wre.12199

## OTHER PUBLICATIONS

**Sasquatch H.T.** The Effects of Earthworms on Carbon Dynamics in Forest Soils, Reference Module in Earth Systems and Environmental Sciences, Elsevier. doi: 10.1016/B978-0-12-409548-9.10670-0

## RESEARCH GRANTS

**Oregon State University Agricultural Research Foundation.** Introduced earthworms in Oregon: an investigation into the impacts on soil organic matter in agroecosystems (Co-PI: K Lonnie) *$12,500*   **2019**

## CONTRIBUTED CONFERENCE PRESENTATIONS

**Sasquatch H.T.** & J.J. Kyler. The muddiest point in a biology laboratory: does low-effort feedback affect test scores and attitudes about learning science? Society for the Advancement of Biology Education Research West Meeting, Irvine, CA.   **2018**

Cheerio S., K. Wild, **H. Sasquatch**, T. Salamander, K. Monkey. Working with the Fisheries Profession to Prevent the Selective Spread of the Asian Jumping Worm (*Amynthas* spp) by Anglers through Bait and their Recreational Activities. American Fisheries Society Annual Meeting, Tampa, FL.   **2017**

**Sasquatch H.T.**, K. Monkey, S.S. Cherio, T. Salamander, D. Gorilla, N. Moss, J. Lemur. What role might per owners have on unused pharmaceutical and personal care products entering the aquatic environment? SerPIE One Health Conference on Pharmaceuticals and Personal Care Products, Huntsville, AL.   **2016**

| | |
|---|---:|
| **Sasquatch H.T.** & C.E. Cougar. The effects of Japanese Knotweed on avian diversity and function in riparian corridors. Commonwealth of Pennsylvania University Biologists Meeting, Indiana, PA. | **2015** |
| **Sasquatch. H.T.** Decomposition and Macroinvertebrate Colonization of Leaf Litter from Japanese Knotweed (Fallopia japonica). Commonwealth of Pennsylvania University Biologists Meeting, Bloomsburg, PA. | **2014** |

INVITED GUEST LECTURES

| | |
|---|---:|
| Species Distribution Modeling of Invasive Species. Online course module for ENSC 520: Environmental Analysis. Environmental Sciences Graduate Program, Oregon State University, Corvallis, OR. | **2018** |
| Invasion ecology of Japanese Knotweed. Guest lecture for BIOL 421/521: Ecosystem Management. Department of Biological & Allied Health Sciences, Bloomsburg University of Pennsylvania, Bloomsburg, PA. | **2015** |

PROFESSIONAL SOCIETY MEMBERSHIPS

- American Ornithological Society (2015 - Current)
- Association of Field Ornithologists (2013 - Current)
- Ecological Society of America (2017 - Current)

PROFESSIONAL CREDENTIALS

Center for the Integration of Research, Teaching and Learning
- Scholar level
- Practitioner level
- Associate level

HONORS & AWARDS

| | |
|---|---:|
| First Place Graduate Poster Presentation, Commonwealth of Pennsylvania University Biologists Meeting | **2014** |
| Outstanding Graduate in Environmental Biology, Keystone College | **2013** |
| Outstanding Research Award, Department of Natural Sciences & Mathematics, Keystone College | **2013** |
| Excellence in Research Award, Keystone College Research & Creativity Celebration | **2013** |

RELATED PROFESSIONAL EXPERIENCE

**Natural Resources Intern**                                        **March - Oct. 2017**
*City of Salem. Salem, OR.*
- Conducted invasive plant mapping and habitat assessments within major wetlands of the city of Salem.
- Assessed condition of green stormwater infrastructure facilities, collected soil samples, and created planting recommendations.
- Piloted a macroinvertebrate study within three city streams.

- Designed protocols and created scope documents for projects, as well as assisted with writing final reports.
- Presented the results of the projects to the city and residents at the end of the summer season.

**Stormwater Intern**                                                Sept. 2016 - Mar. 2017
*City of Salem. Salem, OR.*

- Piloted an invasive plant mapping project along waterways within the city of Salem.
- Assisted with cleaning trash and debris from streams.
- Presented the results to the city at the end of the summer season.

**Lead Avian Field Technician**                                      June - Aug. 2015
*Cornell Lab of Ornithology. Ithaca, NY.*

- Trained field crew in bird banding and blood drawing techniques for passerine bird species.
- Trained field crew in vegetative sampling techniques.
- Coordinated three small teams in locating, capturing, and drawing blood samples for two warbler species and conducting vegetation sampling.

**Fish Technician**                                                  Mar - Sept. 2012
*Keystone College and Pennsylvania Fish Commission. La Plume, PA.*

- Conducted water quality testing with an electronic sonde and titration techniques.
- Used electrofishing techniques to capture and count fish in small streams.
- Prepared a report of sampled streams for the Pennsylvania Fish Commission which was used to classify streams as trout fisheries.

RELATED PROFESSIONAL SKILLS

- Experience using Excel, R, SAS, and SPSS for statistical analysis, including univariate and multivariate analyses.
- Working knowledge of ArcMap for GIS analysis.
- Experience using Qualtrics and Google Forms to administer surveys.
- Computer programming experience using Java, C++, and Visual Basic.
- Web development experience, including knowledge of HTML, CSS, and JavaScript.
- Experience using fluorescence spectrophotometry and high pressure liquid chromatography for chemical analysis.
- Experience banding passerines and woodpeckers with USGS metals bands and color bands.
- Experience with mist netting and collecting blood samples from passerines and woodpeckers.

# Federal Résumé: Master's in Natural Resources

# SHANICE G. DAVIS

Lac Du Flambeau, WI  54538

## EDUCATION

**M.S. Natural Resources** - Oregon State University, Corvallis, OR (30/45 credit hours)  Jan. 2019 – Present
*Relevant coursework: conservation biology of wildlife, avian conservation and management, species recovery planning and restoration, GIScience I, social aspects of sustainable natural resources, principles of wildlife diseases, wildlife behavior, ecosystem services, sustainable natural resources.*  GPA:  3.86/4.0

**Graduate Wildlife Management Certificate -** Oregon State University, Corvallis, OR   Mar. 2017 – Present
**B.S. Biology, Environmental Studies** - University of Wisconsin, Stevens Point, WI   June 2010
**High School Diploma –** Clemson High School, Clemson, SC   June 2006

Continuing Education:
**Safe Capture International, Inc.:**
  Chemical Immobilization of Animals (16 hours).   Completed Apr. 2013
**International Wildlife Rehabilitation Association:**
  Basic Wildlife Rehabilitation   Completed Oct. 2011
  Feeding and Nutrition, Parasitology   Completed Mar. 2012

## FISH & WILDLIFE EXPERIENCE

Northwood's Wildlife Center, Minocqua, WI   May 2011– Present
**Director of Wildlife Rehabilitation**   *40 Hours Per Week*
Grade Level:  N/A   Supervisor: Jim Jobs, 555-555-5555
Salary: $44,000   Permission to Contact Supervisor: Yes

- Promoted from Basic to Advanced Rehabilitation license in two years
- Supervise center's 5 staff members, 20 annual interns, and 30 new and permanent volunteers in animal care. Active in recruiting new volunteers as well as lead, manage, and train volunteers
- Manage healthcare and diet of center's animals while sustaining a collaborative relationship with sponsoring veterinarian. Develop thorough protocols for animal care
- Compile wildlife patient records through Microsoft Excel database and submit annual reports for state and federal permits
- Serve as manager-on-call for animal emergencies and determine suitable animal release sites to ensure highest degree of post-release success
- Cultivate professional relationships with state and federal agencies and state rehabilitators
- Conduct community outreach and plan events as an educational ambassador to public
- Taught 3 wildlife rehabilitation and wildlife ecology community classes through Nicolet College, including glove-training an adult long-eared owl for educational programs
- Designed a 5,000-square foot, six flight cage aviary complex for large raptor flight conditioning
- Prepared for and appeared in live television interviews on wildlife rehabilitation topics, including WJFW Newswatch 12 (Rhinelander, WI) and WAOW Channel 9 (Wausau, WI). Contribute articles for *Lakeland Times* newspaper on released animals from center
- Act as primary media manager for center's Facebook site, growing fan base from 200 to over 1,900 followers in a year; primary media manager for Instagram account (850 follows since 2017 inception)
- Supervised annual photo contest and gala charity event resulting in a net fundraising of $2,000
- Current wildlife rehabilitation sponsor for basic licensing. Progressed four basic licensees through advanced under permit in 2014, 2015, 2017, and 2018

# SHANICE G. DAVIS   PAGE 2

Wildlife Rescue and Rehabilitation Inc. Kendalia, TX  Jan. 2011 – May 2011
**Animal Care Intern**  *15 Hours Per Week*
Grade Level: N/A  Supervisor: Christy Careers, 555-555-4444
Salary: $12 an hour  Permission to Contact Supervisor: Yes

- Gained extensive knowledge of current wildlife rehabilitation techniques and procedures at sanctuary that receives more than 5,000 animals per year
- Performed extensive gavage, syringe feeding, medical dosing, and administration for species of wildlife native to Texas.
- Organized and performed safe rescues on injured and orphaned wildlife
- Prepared diets for permanent sanctuary animals including several species of large carnivores, primates, livestock, omnivores, water and marsh birds, raptors, and reptiles

USDA Forest Service Southern Research Station, Clemson, SC  May 2020 – Aug. 2010
**Biological Science Technician**  *40 Hours Per Week*
Grade Level: GS-6  Supervisor: Christy Careers, 555-555-3333
Salary: $14 an hour  Permission to Contact Supervisor: Yes

- Researched roosting behavior and preference of endangered Indiana bat in pre-burned and post-burned area of forest service land in Tennessee and North Carolina
- Handled nine species of bats including Indiana bat, eastern red bat, big and little brown bats, etc.
- Scouted and set up single and double high mist netting stations
- Identified species, sex, and reproductive condition of bats by sight, measuring forearm length, banding, administering biopsy punch samples, taking hair samples, and attaching transmitter units to back of bats
- Conducted daytime radio-telemetry tracking including off-trail hiking in rigorous terrain using wildlife transceiver, antenna, and compass
- Utilized GPS Trimble technology and topographic maps, and maintained detailed records of research.
- Surveyed different stage burn plots by measuring diameter at breast height (DBH), height measurement, and tagging trees
- Promoted thorough decontamination procedures on clothing and research equipment in response to spreading of white-nose syndrome in bats

U.S. Fish & Wildlife and Coronado National Memorial Park, Hereford, AZ  June – Aug. 2009
**Wildlife Biology Intern/Biological Science Technician**  *20 Hours Per Week*
Grade Level: GS-4  Supervisor: Ian Interviews, 555-555-2222
Salary: $12 an hour  Permission to Contact Supervisor: Yes

- Collaborated with Tucson U.S. Fish & Wildlife Service department to identify protection methods for endangered lesser long-nosed bat population
- Analyzed and organized bat population and behavioral data gathered in field and reformatted into graphical reports using Microsoft Excel
- Conducted roost exit and entrance counts of bat species with infrared video camera equipment/night vision
- Lead construction and maintenance of experimental PVC bat-friendly gate. Contributed research findings to official park management plan and informational reference book on lesser long-nosed bat
- Conducted population and breeding surveys on rare barking frog, point-count songbird identification surveys, and presence/absence surveys on yellow-billed cuckoo throughout park
- Executed herbicide spray management plan on invasive border plants per areas habitat restoration plan

## FISH & WILDLIFE VOLUNTEER PROJECTS

- Co-founder and collaborator of *Songbird Banding Project* which measures survivorship of songbirds rehabilitated by Northwoods Wildlife Center — 2018 – Present
- Bird banding trainee under master bander Thomas Nicholls (Fifield, WI) — 2016 – 2017
- Volunteer bird bander with North Lakeland Discovery Center — 2015 – Present
- Lead manager for Northwoods Wildlife Center Wisconsin Acoustic Bat Monitoring Project using ANABAT acoustic technology — 2015 – 2017
- Ruby-throated hummingbird banding volunteer, handled birds and recorded data for master-bander Alan Chartier, 2014 and Cynthia Bridge 2015-present — 2014 – 2015
- American Marten wildlife technician, Iron County Conservation Department — 2011 – 2016

## PROF. ASSOCIATIONS & LICENSES

| | |
|---|---|
| Wisconsin Advanced Wildlife Rehabilitation License, Wisconsin Dept. of Natural Resources | 2018 – Present |
| Threatened & Endangered Species Rehabilitation Permit, Principle Officer, U.S Fish & Wildlife Service | 2018 – Present |
| Migratory Bird Rehabilitation Permit, Principle Officer, U.S Fish & Wildlife Service | 2018 – Present |
| National Wildlife Rehabilitation Association, Member | 2013 – Present |
| International Wildlife Rehabilitation Council, Member | 2013 – Present |
| The Wildlife Society, Member | 2011 – Present |
| Wisconsin Chapter of The Wildlife Society, Member | 2011 – Present |
| Wisconsin Master Naturalist, University of Wisconsin Extension | 2010 – Present |

## FIELD SKILLS AND SOFTWARE

- ArcMap ArcGIS software
- ANABAT acoustic sonar technology
- GPS Trimble technology in conjunction with topographic maps
- Radio-telemetry tracking using wildlife transceiver, antenna, and compass
- Measuring tree basal areas using diameter at breast height (DBH), height measurement, and tagging trees
- Presence/absence surveys on varied wildlife species
- Herbicide spray management on invasive plant species
- Proper identification of Midwestern flora and fauna
- Extracting bats and songbird species from mist-netting research stations
- Exceptional organizational abilities and attention to detail assist in prioritizing professional projects
- Strong leadership and self-starter abilities allow efficiency in running a wildlife rehabilitation department
- Proficient handling methods of mammals, birds, reptiles, and amphibians native to Wisconsin
- Proficient in catch-pole and blow-dart gun for safe capture of wildlife 40 pounds and under
- Wildlife necropsy: tissue collection and submission
- Safe operation of flame thrower to sanitize wildlife hospital areas

## COMMITTEE AFFILIATIONS

- Resource Development Committee, Northwoods Wildlife Center — Apr. 2018 – Present
- Rehabilitation committee chair, Northwoods Wildlife Center — Dec. 2018 – Present

# SHANICE G. DAVIS

**PROFESSIONAL REFERENCE SHEET**

Cordie Walsh, Interim Executive Director
Northwoods Wildlife Center
XXX S. Blumenstein Rd.
Minocqua, WI 54548
████████████████
XXX-XXX-XXXX

Annabelle Brown (Former Executive Director, Northwoods Wildlife Center)
Appointment Coordinator at Marshfield Clinic
Marshfield Clinic
XXX Townline Rd
Minocqua, WI, 54548
████████████████
XXX-XXX-XXXX

Rick Ricky, Director of Education
Northwoods Wildlife Center
XXXX S. Blumenstein Rd.
Minocqua, WI 54548
████████████████
XXX-XXX-XXXX