# EXHIBIT B

to Declaration of Patrice S. Ruane

# EFFECTIVE RESUMES

## FOR FISHERIES & WILDLIFE STUDENTS

**Key Concepts**

- Do not limit your resume to 1 page; FW resumes are long because the seasonality of biological work means more jobs per person & more duties per job
- Do not use resume templates; they make it difficult to reorganize information as needed
- Use bulleted, concise phrases which are quicker to read/scan than sentences or paragraphs
- Use standard-sized font (12-point) which is easier to read than 10-point or smaller font
- Use reverse chronology listing most recent jobs or education first
- Be consistent with grammar, word tense and style
- Any work, volunteer or service experience can show valuable skills
- Attention to detail is critical; typos and misspellings are not acceptable
- Group your fish and wildlife work experience together, separate from other work or volunteer experience
- Include key words an employer will sort resumes by. One way to identify key words is to underline all skills listed in the job announcement (e.g. if it uses "census" instead of "survey", then do the same) or in several job descriptions for the types of jobs you want
- Use numbers to quantify achievements
- List the supervisor and employer with each job description, even if you have them listed as a reference
- Print your name as a header or footer on each page
- Specify your citizenship
- Acknowledge any physical limitations
- Be sure your answering machine message and your email address sound professional
- List email, school and permanent address (you may be contacted in the future)
- Every word should provide information about you
- Omit personal pronouns

## Points to include in your resume

**Highlight Universal Job Skills**
- Communication skills (written and verbal) - presentations, trainings, committees, reports, brochures
- Multidisciplinary team experience
- Interpersonal-listens, respectful, tactful, inclusive
- Management- time, budget, people, vision, ability to multi-task, ability to adapt to change
- Leadership/Showing Initiative
- Analytical/Problem Solving Skills/Strategic thinking

**Education**
- List <u>only</u> the most recent or most significant; list high school only if its in area where job is located; include community college only if you got a degree
- Identify degree, department and institution (B.S. Fisheries and Wildlife Science, Oregon State University)
- Include your area of specialization or minor
- Consider including graduation date if Senior or class status if Freshman, Sophomore or Junior
- Show GPA only if it's a selling point (3.5 or better)

**Experience – this is the most important and longest part of your resume**
- Put your job title in **bold** type so its easy to see quickly
- Create a descriptive job title (Stream Surveyor) instead of generic title (Biological Aide)
- Identify employer (Siuslaw National Forest), site (Hebo Ranger District) and supervisor (Fred Fisherman)
- Use rounded work dates ('May-Oct. 2010' or 'Spring 2010' instead of 'May 1-Oct. 15, 20010')
- Use active, past tense to describe duties (conducted stream surveys, mist-netted passerines) and be consistent and accurate in tense
- Use achievement verbs (initiated, created, developed, supervised, managed, maintained) (see attached lists)
- Prioritize - put most relevant, important or significant duties or accomplishments at beginning
- Quantify as much as possible ('radio-tracked 20 mule deer weekly over 3 months' instead of 'located deer') ('surveyed 12 miles of stream habitat using AREMPS protocol' instead of 'conducted stream surveys)
- Specify as much as possible ('identified fish species and gender, measured snout-vent length and assessed reproductive condition' instead of 'collected data on fish')
- Show accomplishments as well as duties (surveyed more miles of stream than teams in the previous 5 years, developed new time-saving system to mount cameras, acknowledged by supervisor for accurate data records)
- Demonstrate achievements, knowledge, skills, highlights, and responsibilities related to the position
- Include internships, volunteer positions and group problem solving class as experience if you developed skills
- Indicate physical and outdoor skills if in good shape and experienced (backpacked into montane sites, lived under primitive conditions for extended periods, carried 40-pound equipment packs in rugged terrain)
- List experience other than fisheries and wildlife to show transferable skills (mechanic = capable of maintaining field equipment, salesperson=able to interact with a diverse clientele)
- Don't repeat duties or skills that are common to more than one position

**Other**
- List leadership positions, honors, scholarships, awards, activities
- Identify skills/certifications not included in work experience (CPR trained, experienced mechanic)
- Indicate personal strengths, especially those that transfer from one situation to another (quick learner, take instruction well, work well independently and in groups, strong communication skills, enthusiastic)

**References**
- Always include references (it saves employers the extra step of asking you for them)
- Include at least 3 professional, not personal references, with at least 1 faculty; include more if you have them
- Provide name, position, organization, mail and email address, and phone number for each reference
- Ask permission to use someone as a reference and provide each reference with a copy of your resume

# Barbara Biologist
bbiologist@ucs.orst.edu
541/███████

Campus
**9999 9ᵗʰ Street**
**Corvallis OR 97330**

Permanent
**111 Sweet Street**
**Anywhere, OR**

## EDUCATION

Oregon State University: **Fisheries and Wildlife Science**
Specialization: **Fisheries Conservation**
Year**: Junior**
Expected graduation: **December 2011**
GPA: **3.5**

University of New Zealand: **International student** (1 year)

*(callout: months and year or seasons and year)*

*(callout: can give over-view for each job)*

## EXPERIENCE

**Endangered Species Research Technician**                                **June – Oct 2010**
**U.S. Geological Survey Biological Research Division, Klamath Falls Field Station**
Collected data on habitat selection by juvenile Upper Klamath Lake suckers
- Navigated large rivers using a 21-foot motorized boat
- Trailered and loaded 21-foot boat
- Operated backpack and boat-mounted electro-fishing equipment
- Placed and retrieved transect nets by boat
- Used driftnets to collect larvae entrained in seasonal floodplains
- PIT-tagged endangered species using federal protocol
- Responsible for weekly boat maintenance including lower unit oil change and electro-fish generator oil change
- Deployed, retrieved and maintained data sondes using ProComm Plus computer data collection software
**Supervisor:** Rhonda Researcher (503) 999-9999

**Biological Technician (Fisheries)**                                **June – Oct 2009**
**U.S. Forest Service, Siuslaw National Forest**
Conducted physical and biological assessments of watershed health using national Aquatic Riparian Effectiveness Monitoring Program protocol.
- Sampled abundance and size classes of aquatic amphibians and fish using backpack electro-fishers
- Collected aquatic macroinvertebrate and benthic periphyton samples
- Operated YSI to collect water chemistry data (temperature, pH, conductivity, and dissolved oxygen)
- Sampled terrestrial amphibians using time-constrained surveys
- Mapped cross-sectional and longitudinal profiles of stream channel using electrical survey equipment
- Measured and recorded channel velocity, substrate dimensions, and wood occurrences
- Navigated to remote predetermined sites using maps, compass and GPS
- Backpacked and lived under primitive conditions for extended periods
- Carried 40-pound equipment packs in rugged terrain
**Supervisor:** Steve Supervisor (541) ██ ██

*(callout: show physical fitness at least one place on resume)*

**Biological Technician (Habitat)**                                **June – Oct 2008**
**U.S. Forest Service, Siuslaw National Forest, Mapleton**
Restored streams to create fish habitat and improve ecological function
- Removed riparian hardwoods using chainsaw
- Constructed fence to eliminate cattle grazing
- Worked with crew to place and secure large logs in creeks
- Collected and identified fish in smolt trap
- Attended training to conduct snorkel surveys
**Supervisor**: Henrietta Habitat (000) 000-0000

*Barbara Biologist - page 2 of 2*

**Student Worker, Arnold Dining Hall, Oregon State University**          **October 2007 - June 2008**
Assisted with all operations of large student dining facility
- Trained new student employees          *identify transferable skills*
- Responsible for opening and closing a small store including balancing till
- Prepared food using industry standards for food safety
- Promoted to a lead position after 4 months          *show accomplishments*

**Urban Fishing Program Intern**          **March – July 2007**
**Oregon Department of Fish and Wildlife, Salem Headquarters**
Volunteered 10 hours weekly to assist director of Warm Water Fishery Program          *include volunteer work*
- Organized, maintained and purchased equipment, supplies and information for 9 Urban Fishing Clubs
- Presented 15 aquatic education programs to public groups of up to 75 people
- Collected monthly water quality data (dissolved oxygen, temperature, pH) on urban ponds, lakes, streams and reservoirs
- Worked as part of a team with other volunteers          *show group skills*

**Landscaper, Newburg Nursery**          **Summers, 2004-2006**
Assisted family-owned business during summers from 9th through 12th grades of high school
- Provided customer service          *show communication skills*
- Propagated plants
- Maintained grounds using hand and power tools, including chainsaws, mowers and tractors
- Represented business at state horticulture shows
- Responsible for developing plant displays          *show basic equipment skills*

*use achievement words*

**ACKNOWLEDGEMENTS**
- Recognized by supervisors at Oregon Fish and Wildlife and US Geological Survey for superior initiative and work ethic
- Designed a system using a bilge pump to bring freshwater to collected endangered fish held for measurement thereby reducing stress and mortality

*can be grouped or under each job*

**AFFILIATIONS**
American Fisheries Society, Oregon Chapter          *show diversity status if you have it*
Minorities in Natural Resources Society, Oregon State University Chapter

**INTERESTS**
Hiking, fishing, photography, travel          *show skills that may be valuable to employer (hiking and fishing show outdoor experience, travel shows comfort in new situations, photography may help on project)*

**REFERENCES**
Paul Pedant, Assistant Professor, OSU
Department of Fisheries and Wildlife Science
Corvallis OR 97331
Paul.Professor@oregonstate.edu

Rhonda Researcher, Fisheries Program Leader
USGS-BRD Klamath Field Station
9999 Fishery Way
Klamath Falls OR 97603
(541) 111-1111
Rhonda.Researcher@usgs.gov

Steve Supervisor, Fisheries Biologist
USDA Forest Service, Siuslaw National Forest
Supervisors Road
Local Town, Oregon 00000
Steve.Supervisor@usfs.gov

Henrietta Habitat, Restoration Biologist
USFS, Siuslaw National Forest, Mapleton District
55 Forest Service Road
District, Oregon 99999
(000) 000-0000
Habitat@usfs.gov.us

Tish Talker, Head Advisor
Department of Fisheries and Wildlife Science
104 Nash Hall, OSU
Corvallis OR 97331

**Harry Hunter** 888 8th Street Corvallis OR 88888          (541) 888-8888   Hunter@yahoo.com

---

**EXPERIENCE**   **Wildlife Technician 1**                                                    **Summer 2010**
                **Oregon Department of Fish and Wildlife, Summer Lake Wildlife Area**   **(full time)**
                Responsible for waterfowl banding program and assisted in all aspects of Wildlife Area Management.
                - Set and monitored 6-8 waterfowl traps nightly for 10 weeks
                - Banded and released over 400 ducks of 9 species          *quantify and specify*
                - Surveyed 1000-acres of wetlands by foot and boat to map waterbird nest sites
                - Trapped more ducks than in previous years of data collection even though populations were down
                **Supervisor:** Marty Manager 222/ 222-2222   manager@state.org

                                                                            *include important accomplishment*

                **Waterfowl Surveyor, Volunteer**                              **Winter 2010**
                **U.S. Fish and Wildlife Service, Finley Wildlife Refuge**     **(part time)**
                Assisted with annual mid-winter census of waterfowl in Willamette Valley
                - Conducted 65 hours of surveys over 4 weeks
                - Independently conducted counts of all waterfowl at 2 reservoirs
                - Censused waterfowl at Fern Ridge Reservoir with team of biologists using vehicle transects
                - Acknowledged by supervisors for waterfowl identification skills
                **Supervisor**:  David Duck 555/555-5555   duckman@lake.net

                **Wildlife Research Assistant, Intern**                        **Summer 2009**
                **Oregon Department of Fish and Wildlife, Roseburg**           **(full time)**
                Assisted with wildlife research projects and other daily District duties
                - Radio-tracked 18 white-tailed deer (Federal Endangered Species) to determine fawn survival
                - Compiled and entered data from bear, cougar and white-tailed deer research projects into Access
                - Assisted with trapping and ear-tagging 20 black-tailed deer
                - Developed and delivered Power Point presentation to local hunters on white-tailed deer research
                - Responded to public requests for information
                - Assisted with wildlife damage assessments
                **Supervisor**: Donna Deer 888/888-8888   donna_deer@gov.us

                **Wildlife Rehabilitator, Volunteer**                          **Fall, Winter, Spring 2009**
                **Cascades Wildlife Rehabilitation Center, Salem**             **(part time)**
                Worked with staff, volunteers and interns to rehabilitate injured and orphaned wildlife
                - Provided medical treatment (emergency and routine) to wild birds, mammals and reptiles
                - Cleaned, fed and exercised recovering wildlife
                - Assisted veterinarian with surgeries on injured wildlife
                - Supervised and trained ~30 new volunteers
                - Conducted weekly tours of facility
                - Communicated daily with public citizens
                - Volunteered 10 hours weekly
                **Supervisor:**  Rhonda Rehabber (111) 111-1111   rrehab@rehabber.net


**EDUCATION**   Oregon State University **B.S. Fisheries and Wildlife Science**-Spring 20011
                Specialization **Avian Ecology**
                Group Senior Project **Waterfowl Use of Wetlands in Eastern Oregon**
                Accomplishment **Earned 75% of educational cost**

**PUBLICATION**    Jones, J., C. Cook, H. Hunter and B. Brown.  June, 2009.  Waterfowl Use of Wetlands in Eastern Oregon.
Report to Oregon Fish and Wildlife and The Cattleman's Association.  34pp.

**TALKS**    "White-tailed deer survival in Southwestern Oregon", August 2008. Oregon Hunters Asso., Roseburg OR.

**LEADERSHIP**    The Wildlife Society, Oregon Chapter, Member 2007-present
Secretary, Fish and Wildlife Club,
Wanda Wildlife Academic Scholarship, 2008
Dean's List – 6 quarters
Best Undergraduate Poster (2009), Dept. Fisheries and Wildlife

**PERSONAL STRENGTHS**    Highly motivated
Able to work independently with little supervision
Strong team player
Physically fit
Exceptional stamina
Detail-oriented

*identify strengths to help offset limited experience*

**SPECIAL SKILLS**    First Aid and CPR certificate, June 2009
Whitewater rafting training
Heavy equipment operator
Experienced mechanic
Skilled carpenter

*mechanical, equipment and construction skills are valuable in biological fieldwork*

**CITIZENSHIP**    United States

**REFERENCES**    **Dr. Wally Waterfowl**
Avian Ecologist, Fisheries and Wildlife Science, OSU
██████████    wally.waterfowl@univ.edu

**Marty Manager**
Manager, Summer Lake Wildlife Area
222/ 222-2222    marty.manager@state.or.us

**David Duck**
US Fish and Wildlife Service, Finley Wildlife Refuge
555/555-5555    duckd@us.gov

**Donna Deer**
Biologist, Oregon Department of Fish and Wildlife
999/999-9999    deerd@odfw.or

# Sam Sophomore

**222 2nd Street, Corvallis OR 97330   (541) 22-2222**
**Sam.Sophomore@onid.orst.edu**

**CITIZENSHIP**
United States

**EDUCATION**
Fisheries and Wildlife Science: major
Forestry: minor
Oregon State University
Sophomore

**EXPERIENCE**
**Volunteer**, ODFW, Salem Oregon, Summer 2010
- Stocked fish into high lakes in Cascades
- Hiked 5-10 miles daily
- Confirmed my dedication to succeed as a fisheries biologist            *show professional  motivation*

**Event Security**, Event Staff Inc. Seattle, Washington, December 2009
- Assisted with orderly crowd entry to events
- Searched attendees bags
- Answered questions and provided directions
- Learned to work effectively with diverse clientele            *show communication skills*

**Warehouseman**, Domingo Products, Salem Oregon, Summer 2009
- Operated forklift to unload trucks and stack freight in numbered areas for easy access
- Responsible for assuring freight inventory matched shipping slips
- Learned to maintain accurate inventory records            *highlight transferable skills*

**Laborer,** Oregon Timber Company, Summers 2007-2008
- Assisted in road and culvert construction
- Drove and operated water truck, roller, front-end loader and off-road dump truck
- Removed brush from sides of newly-cut roads using chainsaw and polesaw            *show ability to work  independently*
- Worked independently without direct supervision
- Learned to operate, maintain and repair a variety of power equipment and tools            *emphasize equipment skills*

**Sales Associate**, MacDonald's Restaurant, Portland Oregon, part time 2007 - 2008
- Provided consistent customer service
- Operated computerized cash register
- Worked as part of a team in small area            *highlight ability to work on team*
- Learned to work efficiently under intense time pressure            *be creative in identifying strengths*

**STRENGTHS**
Work well as a team member
Detail-oriented
Physically fit
Like working with a variety of people

**REFERENCES**
Polly Professor, Professor-Fisheries and Wildlife OSU, professor@oregonstate.edu
Frank Fisher, Biologist-ODFW Salem, 541/222-2222, ffisher@state.or.us
Don Domingo, Owner-Domingo Products, 505/555-5555, domingo@hotmail.com

**ANALYZED**
abstracted
appraised
assessed
briefed
clarified
classified
compared
computed
correlated
critiqued
debated
defined
detected
determined
diagnosed
discriminated
dissected
evaluated
examined
identified
inspected
integrated
interpreted
interviewed
investigated
judged
maintained
mapped
monitored
observed
perceived
ranked
read
reasoned
related
researched
reviewed
screened
scanned
solved
studied
summarized
surveyed
symbolized
synthesized
verified
visualized

**ASSISTED**
advised
bolstered
collaborated
contributed
consulted
cooperated
enlisted
facilitated
fostered
helped
located
participated
referred
served
strengthened
supported
sustained

**COMMUNICATED**
addressed
advertised
answered
briefed
corresponded
debated
explained
expressed
facilitated

interpreted
interviewed
lectured
listened
narrated
prepared
presented
publicized
recorded
reported
responded
spoke
talked

**CREATED**
**DEVELOPED**
acted
adapted
authored
bolstered
built
charged
clarified
composed
conceived
corrected
designed
devised
discovered
drafted
eliminated
established
expanded
expedited
experimented
facilitated
fashioned
fixed
formulated
generated
improved
increased
influenced
initiated
innovated
instituted
integrated
introduced
invented
launched
modified
originated
perceived
performed
planned
prioritized
produced
promoted
proposed
recommended
reduced
restored
refined
revamped
set
shaped
simplified
solved
styled
streamlined
substituted
visualized

**IMPROVED**
**INCREASED**
(achievement
words)
achieved

acquired
advanced
allowed
assured
bolstered
eliminated
encouraged
expanded
facilitated
fostered
guaranteed
inspired
mastered
maximized
minimized
motivated
obtained
overcame
promoted
provided
reduced
restored
stimulated
strengthened
upgraded

**COUNSELED**
**INSTRUCTED**
**LEARNED**
adapted
advised
advocated
aided
applied
assessed
assisted
bolstered
briefed
cared
charged
clarified
coached
comforted
communicated
conducted
consulted
coordinated
demonstrated
educated
empathized
enabled
encouraged
enlightened
established
exercised
explained
facilitated
fostered
guided
helped
implemented
improved
influenced
informed
inspired
interpreted
investigated
lectured
led
listened
maintained
manipulated
modified
motivated
observed
perceived
persuaded
promoted

read
reduced
reflected
reinforced
related
restored
saved
shared
solved
spoke
stimulated
strengthened
substituted
supported
sustained
taught
trained
validated

**OPERATED**
**REPAIRED**
**MAINTAINED**
adjusted
adapted
bolstered
clarified
corrected
eliminated
executed
expedited
facilitated
fixed
implemented
installed
modified
ordered
prepared
prioritized
produced
programmed
promoted
ran
reduced
serviced
set
sustained
transported
upheld
utilized

**NEGOTIATED**
advised
advocated
arbitrated
bargained
expedited
facilitated
lobbied
mediated
merged
motivated
negotiated
persuaded
promoted
reconciled
solved

**ORGANIZED**
accumulated
arranged
assembled
balanced
budgeted
built
cataloged
clarified
classified
collated

collected
compiled
composed
coordinated
copied
correlated
detailed
facilitated
filed
gathered
graphed
identified
inspected
located
maintained (books)
mapped
met (deadlines)
methodized
obtained
organized
planned
prepared
prioritized
processed
programmed
ranked
recorded
reorganized
reproduced
retrieved
revamped
reviewed
revised
routinized
scheduled
set
simplified
solved
streamlined
structured
synthesized
systemized
tabulated
updated

**SERVED**
assisted
attended
cared
catered
delivered
entertained
facilitated
furnished
listened
maintained
prepared
procured
provided
satisfied
served
supplied

**SOLD**
aided
advertised
auctioned
bartered
bolstered
enlisted
facilitated
generated
helped
improved
led
maintained
motivated
negotiated

persuaded
promoted
purchased
raised
recommended
recruited
stimulated

**SUPERVISED**
**MANAGED**
administered
allocated
approved
arranged
assigned
authorized
bolstered
coached
conducted
consulted
contracted
controlled
coordinated
decided
delegated
directed
dispatched
distributed
educated
encouraged
enforced
evaluated
executed
exercised
expedited
facilitated
fired
followed (through)
fostered
hired
implemented
instructed
led
maintained
managed
met (deadlines)
monitored
motivated
organized
oversaw
planned
prepared
prioritized
promoted
purchased
regulated
reinforced
responded
retained
reviewed
scheduled
selected
set
solved
strengthened
supervised
taught
trained

MORE ACTION/POWER VERBS

A-B accelerated acclimated accompanied accomplished achieved acquired acted activated actuated adapted added addressed adhered adjusted administered admitted adopted advanced advertised advised advocated aided aired affected allocated altered amended amplified analyzed answered anticipated appointed appraised approached approved arbitrated arranged ascertained asked assembled assigned assumed assessed assisted attained attracted audited augmented authored authorized automated awarded avail balanced bargained borrowed bought broadened budgeted built

C calculated canvassed capitalized captured carried out cast cataloged centralized challenged chaired changed channeled charted checked chose circulated clarified classified cleared closed co-authored collaborated collected combined commissioned committed communicated compared compiled complied completed composed computed conceived conceptualized concluded condensed conducted conferred consolidated constructed consulted contracted contrasted contributed contrived controlled converted convinced coordinated corrected corresponded counseled counted created critiqued cultivated cut

D debugged decided decentralized decreased deferred defined delegated delivered demonstrated depreciated described designated designed determined developed devised diagrammed directed disclosed discounted discovered dispatched displayed dissembled distinguished distributed diversified divested documented doubled drafted

E earned eased edited effected elected eliminated employed enabled encouraged endorsed enforced engaged engineered enhanced enlarged enriched entered entertained established estimated evaluated examined exceeded exchanged executed exempted exercised expanded expedited explained exposed extended extracted extrapolated

F-H facilitated familiarized fashioned fielded figured financed fit focused forecasted formalized formed formulated fortified found founded framed fulfilled functioned furnished gained gathered gauged gave generated governed graded granted greeted grouped guided handled headed hired hosted

I identified illustrated illuminated implemented improved improvised inaugurated indoctrinated increased incurred induced influenced informed initiated innovated inquired inspected inspired installed instigated instilled instituted instructed insured interfaced interpreted interviewed introduced invented inventoried invested investigated invited involved isolated issued

J-M joined judged launched lectured led lightened liquidated litigated lobbied localized located maintained managed mapped marketed maximized measured mediated merchandised merged met minimized modeled moderated modernized modified monitored motivated moved multiplied

N-O named narrated negotiated noticed nurtured observed obtained offered offset opened operated operationalized orchestrated ordered organized oriented originated overhauled oversaw

P paid participated passed patterned penalized perceived performed permitted persuaded phased out pinpointed pioneered placed planned polled prepared presented preserved presided prevented priced printed prioritized probed processed procured produced profiled programmed projected promoted promoted prompted proposed proved provided publicized published purchased pursued

Q-R quantified quoted raised ranked rated reacted read received recommended reconciled recorded recovered recruited rectified redesigned reduced referred refined regained regulated rehabilitated reinforced reinstated rejected related remedied remodeled renegotiated reorganized replaced repaired reported represented requested researched resolved responded restored restructured resulted retained retrieved revamped revealed reversed reviewed revised revitalized rewarded routed

S safeguarded salvaged saved scheduled screened secured segmented selected sent separated served serviced settled shaped shortened showed shrank signed simplified sold solved spearheaded specified speculated spoke spread stabilized staffed staged standardized steered stimulated strategized streamlined strengthened stressed structured studied submitted substantiated substituted suggested summarized superseded supervised supplied supported surpassed surveyed synchronized synthesized systematized

T-W tabulated tailored targeted taught terminated tested testified tightened took traced traded trained transacted transferred transformed translated transported traveled treated tripled uncovered undertook unified united updated upgraded used utilized validated valued verified viewed visited weighed welcomed widened witnessed won worked wrote