# EXHIBIT F

to Declaration of Patrice S. Ruane

☰    ATLAS STORAGE

# Our Services

With years of experience at Atlas Storage, we're here to help deliver a complete self storage solution that suits your every need.

## Self Storage

Why choose us for your storage needs?

How does self-storage work?

Do you have extended hours?

What other services do you offer?



10/18/25, 11:09 AM                    Case 6:25-cv-01331-AA        Document 15-6   Atlas Storage | Our Storage Services & Solutions    Filed 10/22/25    Page 3 of 4

Atlas Storage

# All of our locations

Choose a location near you

Unfortunately, we currently have no open locations.

# Opening Soon

Opening Soon

### Atlas Storage Albany

166 41st Avenue Southeast, Albany, OR, 97322, US

Contact us by phone: +1(541) ███-████

JOIN THE WAITLIST        VIEW FACILITY DETAILS

ATLAS STORAGE

Discover

Home

Our Location

Storage Sizes

Our Services

Our Location

Atlas Storage Albany

    

© 2025 Atlas Storage. All rights reserved.