# EXHIBIT G

to Declaration of Patrice S. Ruane





# realtor.com®

 Back

Overview





# Joe Hansey

9 years of experience

Write Joe Hansey's first review

Contact

## Contact information

📞  (541)▇▇▇-▇▇▇▇  mobile

🌐  Keller Williams /Eugene-Spfld

📍  2644 SUZANNE WAY STE 100
EUGENE, OR 97408-7418
View map

# Listings and sales



# Ratings and reviews

Did Joe Hansey help you with your property?

+ Add rating and review

# Testimonials ⓘ

Share your experience working with Joe Hansey.

+ Add a testimonial

Are you Joe Hansey? Edit profile

       

| About us | Careers | Accessibility |
|---|---|---|
| Feedback | Media room | Ad Choices |
| Advertise with us | Agent support | Privacy |
| Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information |

Get the app

 

Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2025 National Association of REALTORS and Move, Inc. All rights reserved.