# EXHIBIT H

to Declaration of Patrice S. Ruane



# Watchdog Florence

776 followers • 0 following

Message      Search

**Posts**    About    Mentions    Reviews    Followers    Photos    More ▾

## Intro

We are a private community organization dedicated to recovering stolen property and cleaning up Florence by anonymously sharing information between us.

- Page · Community
- (541) ███-████
- Not yet rated (3 Reviews)

## Photos

See all phot

      



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices · Cookies · More

## Posts

Filters



**Watchdog Florence**
November 3, 2024

https://www.facebook.com/share/kpDtmEMHKEPuQBvb/...

**This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

Like     Comment     Share

