# EXHIBIT I

to Declaration of Patrice S. Ruane

          

**Leaven No Trace**



 **Leaven No Trace** is 🥰 feeling determined. · **Follow**
October 17, 2020 · 🌐

My name is Chet Wilson...

As a native Oregonian growing up in the coastal town of Florence I have seen the destruction that litter has on our delicate ecosystem. Over time, sadly I had come to accept it as I think many of us have. In doing so, I've looked beyond the trash and into the marvelous beauty that surrounds us until I observed a random stranger's action which made me think on a bigger scale and grasp the fact that we truly can change this and many other things together, but not alone!

I noticed the strips of roadway I pass weekly on HWY 126 where he had cleaned looked so much different. Absolutely night and day difference! Then I passed the abrupt line of where his progress ended and it now saddened me that the trash mixed into the green lush plants now jumped out at me and spoke volumes to the depth of destruction our ways of living effects our ecosystem. The future of our existence and this world our children inevitably inherit depends on our actions today.

For hundreds years humans have been destroying nature and dumping our waste leading to the destruction of the world. More recently the materials being dumped are far more toxic & detrimental to nature and especially when they are mowed into microtrash and then wash into water ways effecting or ecosystem all the way to the Pacific. This saddens me to my core and the buck stops here. We are using our combined networks and assets to change the structures of government inhibiting our progress as humans. Instead of only taking from nature, sometimes we must also give back to this symbiotic relationship that encompasses our entire existence.

You'd be surprised how many have brought resistance to our cause and we can point fingers, but we would much rather apply that same energy into spreading awareness by deeds, not words and push those out of positions of leadership that don't support the work we are doing to rectify this critical issue effecting us all.

We can take mistakes we have made prior to this generation to fuel our passion for change right now but we can't accept the sweeping these detrimental issues causing the destruction of our planet any longer. I truly believe we can reverse this if we all work together for progress and awareness as well as elect officials into places of power that support positive change, not those who inhibit change within their official capacity.

With that being said, I am honored to now be elected onto the board of Leaven No Trace as Director of Marketing so I can invest my own passion combined with recruiting others towards fixing this chain of nonsense we ourselves have not only inherited, but each perpetuate without taking action into our own hands to rectify this now.

If you are interested in supporting this movement financially, please follow the link below to

     

Blessings to you all! 😁
🌱💚🙏

Chet Wilson
(541) ███-████
Director of Marketing
LeavenNoTrace.org



Mellisa Cribbins and John Sweet explaining how it is not the Countys responsability to keep the the county they serve clean of hazardous materials contaminating the enviroment that all life needs to survive

0:06 / 4:46



$20 raised for Leaven No Trace Inc
2 people donated.                     Donate

👍❤ 30                         10 comments  30 shares

   Like              Comment              Share



Leaven No Trace · Follow
October 6, 2021

🚨 Care, SHARE, Be Aware. 🚨 Raymond has been released.
Raymond was arrested in Winchester Bay today around 5:15 while on our way to his sons soccer practice, wanted by Flo... See more

      



**Leaven No Trace**  💬 Send message

❤️😮👍 75      131 comments   22 shares

👍 Like       💬 Comment      ↪ Share

