# EXHIBIT J

to Declaration of Patrice S. Ruane

# EXHIBIT J-1

to Declaration of Patrice Ruane

**(541) ▮▮▮▮▮▮▮ - No Listing Found - Carrier Details**

**NO CHARGE**
**PHONE NUMBER NOT FOUND** **- Following is Carrier Information Based on Area Code and Exchange**
Phone: **(541) ▮▮▮▮▮▮▮**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **CELLCO PARTNERSHIP DBA VERIZON WIRELESS - OR (VERIZON WIRELESS)**
Carrier Type: **WIRELESS**
City: **FLORENCE**
State: **OR**
County: **LANE**

# EXHIBIT J-2

to Declaration of Patrice Ruane

## Table of Contents

**People (None Found)** ........................................................................................................................ 2
**Address Details (None Found)** ....................................................................................................... 2
**US Business Affiliations (50 Found)** ............................................................................................ 2

## Important:

ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws. User agrees to having knowledge of all applicable laws pertaining to the usage of data. User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Phone Report

### Phone Report Summary

Phone Number: (541) ███-████
Date: 10/20/2025
Reference ID: ████████████

**Report Legend**

**D** - Deceased Person

### People (None Found)

### Address Details (None Found)

### US Business Affiliations (50 Found)

Business Name: **AARON GLASS**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████ SPRINGFIELD, OR 97477-7738 (LANE COUNTY)

Business Name: **AC PLUMBING INC**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████, ROSEBURG, OR 97471-4683 (DOUGLAS COUNTY)

Business Name: **ALICE JEFFERIES**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████, BEND, OR 97702-2858 (DESCHUTES COUNTY)

Business Name: **ARCHIE HUMPHRYS**  [ View Business Record ]
Phone: (541) ███-████

Address: ███████████████████████ SHERWOOD, OR 97140-8521 (WASHINGTON COUNTY)

Business Name: **ARDEN ASTON**  [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████████████ CORVALLIS, OR 97330-9228 (BENTON COUNTY)

Business Name: **ARE SEA MAINTENANCE**  [ View Business Record ]
Phone: **(541)** ███-████
Address: ██████ NORTH PLAINS, OR 97133-0854 (WASHINGTON COUNTY)

Business Name: **BAKER ABSTRACT AND TITLE CO.**  [ View Business Record ]
Phone: **(541)** ███-████
Address: ██████████ ONTARIO, OR 97914-2722 (MALHEUR COUNTY)

Business Name: **BAKERY STOP LLC**  [ View Business Record ]
Phone: **(541)** ███-████
Address: ████████████████ REDMOND, OR 97756-2563 (DESCHUTES COUNTY)

Business Name: **BARBARA HORNICK**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████████ COTTAGE GROVE, OR 97424-9542 (LANE COUNTY)

Business Name: **BARRY CARTER**  [ View Business Record ]
Phone: **(541)** ███-████
Address: ██████████ THE DALLES, OR 97058-3422 (WASCO COUNTY)

Business Name: **BILL H FIRESTONE**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████████ EUGENE, OR 97404-2613 (LANE COUNTY)

Business Name: **BOBBY EPHREM**  [ View Business Record ]
Phone: **(541)** ███-████
Address: ████████████ EUGENE, OR 97404-2637 (LANE COUNTY)

Business Name: **BRAD CARDER**  [ View Business Record ]
Phone: **(541)** ███-████
Address: ████████████████ SALEM, OR 97304-3636 (POLK COUNTY)

Business Name: **BRIAN HILL**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████████ SPRINGFIELD, OR 97477-1085 (LANE COUNTY)

Business Name: **BRUCKNER SUPPLY CO**  [ View Business Record ]
Phone: **(541)** ███-████
Address: ████████████ ALBANY, OR 97322-3828 (LINN COUNTY)

Business Name: **BRYAN JONES**  [ View Business Record ]
Phone: **(541)** ███-████

Address: ███████, REDMOND, OR 97756-2604 (DESCHUTES COUNTY)

Business Name: **BUTLER LARUE** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, BAKER CITY, OR 97814-3351 (BAKER COUNTY)

Business Name: **CALISE KATHYRN ROGAN** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, EUGENE, OR 97402-1549 (LANE COUNTY)

Business Name: **CASCADE ACE MANAGEMENT INC.** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, CANBY, OR 97013-2574 (CLACKAMAS COUNTY)

Business Name: **CHERI FOOTE** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, EUGENE, OR 97402-7514 (LANE COUNTY)

Business Name: **CHRIS PAROSA** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, CORVALLIS, OR 97330-5732 (BENTON COUNTY)

Business Name: **CHRISTINA ANDERSON** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, CENTRAL POINT, OR 97502-2989 (JACKSON COUNTY)

Business Name: **CINDY CRUZ** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, ROSEBURG, OR 97471-4796 (DOUGLAS COUNTY)

Business Name: **CINDYLEE KOMRAUS** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, SCAPPOOSE, OR 97056-2303 (COLUMBIA COUNTY)

Business Name: **CORTEZ H PIKE** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, EUGENE, OR 97403-2319 (LANE COUNTY)

Business Name: **DALE L VAN WEY** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, MEDFORD, OR 97501-2206 (JACKSON COUNTY)

Business Name: **DAN W MARQUESS** [ View Business Record ]
Phone: **(541)** ███-████
Address: ███████, MEDFORD, OR 97501-0096 (JACKSON COUNTY)

Business Name: **DANA L LINES** [ View Business Record ]
Phone: **(541)** ███-████

Address: ███████████████, EUGENE, OR 97405-9567 (LANE COUNTY)

Business Name: **DARLENE SCROGGINS**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████, PORTLAND, OR 97230-4524 (MULTNOMAH COUNTY)

Business Name: **DAVE HAMM**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████, DEXTER, OR 97431-9771 (LANE COUNTY)

Business Name: **DAVID BROWN INC.**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████, PORTLAND, OR 97220-1756 (MULTNOMAH COUNTY)

Business Name: **DEBRA FRAZIER**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████, WHITE CITY, OR 97503-1506 (JACKSON COUNTY)

Business Name: **DELPHINE RIGGS**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████, SPRINGFIELD, OR 97478-7255 (LANE COUNTY)

Business Name: **DENNIS R FROST**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████, NORTH BEND, OR 97459-2636 (COOS COUNTY)

Business Name: **DENNYJAMES**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████ EUGENE, OR 97404-3253 (LANE COUNTY)

Business Name: **DON HONG**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████ EUGENE, OR 97405-9694 (LANE COUNTY)

Business Name: **DONALD ROCKENSTEIN**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████, EUGENE, OR 97402-9434 (LANE COUNTY)

Business Name: **DOUG DICKERSON**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████, NEWPORT, OR 97365-4732 (LINCOLN COUNTY)

Business Name: **DR DOUGLAS A FRY**  [ View Business Record ]
Phone: (541) ███-████
Address: ███████████████, ALBANY, OR 97322-5266 (LINN COUNTY)

Business Name: **ED BARKER**  [ View Business Record ]
Phone: (541) ███-████

Address: █████████, BEND, OR 97702-9722 (DESCHUTES COUNTY)

Business Name: **EE KELSO**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████ TALENT, OR 97540-8650 (JACKSON COUNTY)

Business Name: **FIREHOUSE CHUCKWAGONS**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████, MEDFORD, OR 97501-8818 (JACKSON COUNTY)

Business Name: **GAOXING WANG**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████, EUGENE, OR 97401-3926 (LANE COUNTY)

Business Name: **GATOR4COM**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████, APPLEGATE, OR 97530-3112 (JACKSON COUNTY)

Business Name: **GEORGIA PACIFIC CORP**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████, DAMASCUS, OR 97089-8378 (CLACKAMAS COUNTY)

Business Name: **GIFT STORE  LLC**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████, SPRINGFIELD, OR 97477-3481 (LANE COUNTY)

Business Name: **GIFT STORE LLC**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████, SPRINGFIELD, OR 97477-3481 (LANE COUNTY)

Business Name: **GRAHAMS GARGAE CO.**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████ ALBANY, OR 97321-0713 (LINN COUNTY)

Business Name: **HEAVY RAILROAD EXCAVATIONS**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████ EUGENE, OR 97401-3581 (LANE COUNTY)

Business Name: **HILGARD WORK STUDY CENTER**  [ View Business Record ]
Phone: **(541)** ███-████
Address: █████████ MITCHELL, OR 97750 (WHEELER COUNTY)