# EXHIBIT K

to Declaration of Patrice S. Ruane

| caseYear | courtId | firstName | lastName | middleName | partyRole | caseNumberFull | caseTitle | dateFiled | dateTermed | natureOfSuit | caseLink |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | vaedc | Chet | Wilson | Michael | pla | 1:2024cv01917 | Wilson v. Altria Group Distribution Company | 10/29/2024 | 6/3/2025 | 485 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?562493 |
| 2024 | ordc | Chet | Wilson | Michael | pla | 6:2024cv01826 | Wilson v. Professional Credit Service | 10/31/2024 | 1/30/2025 | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?182838 |
| 2024 | wiwdc | Chet | Wilson | Michael | pla | 3:2024cv00782 | Wilson, Chet v. Avid Ratings, Inc. | 11/4/2024 | 6/2/2025 | 485 | https://ecf.wiwd.uscourts.gov/cgi-bin/iqquerymenu.pl?53478 |
| 2024 | ordc | Chet | Wilson | Michael | pla | 6:2024cv01855 | Wilson v. Nationstar Mortgage LLC | 11/7/2024 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?182979 |
| 2024 | flmdc | Chet | Wilson | Michael | pla | 8:2024cv02711 | Wilson v. Credit Suite Inc. | 11/21/2024 | 7/17/2025 | 485 | https://ecf.flmd.uscourts.gov/cgi-bin/iqquerymenu.pl?434812 |
| 2024 | ordc | Chet | Wilson | Michael | pla | 6:2024cv01956 | Wilson v. PacifiCorp | 11/21/2024 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?183261 |
| 2024 | madc | Chet | Wilson | Michael | pla | 1:2024cv12950 | Wilson v. The Savings Bank Mutual Life Insurance Company of Massachusetts | 11/26/2024 | 9/12/2025 | 485 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?278092 |
| 2024 | flsdc | Chet | Wilson | Michael | pla | 0:2024cv62319 | Wilson v. Disability Help Group LLC | 12/7/2024 |  | 485 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?680107 |
| 2024 | ordc | Chet | Wilson | Michael | pla | 1:2024cv02087 | Wilson v. Southern Oregon Credit Service, Inc. | 12/17/2024 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?183682 |
| 2024 | mddc | Chet | Wilson | Michael | pla | 1:2024cv03665 | Wilson v. Lower, LLC | 12/18/2024 | 5/15/2025 | 485 | https://ecf.mdd.uscourts.gov/cgi-bin/iqquerymenu.pl?573582 |
| 2024 | vaedc | Chet | Wilson | Michael | pla | 1:2024cv02339 | Johnson v. American Home Shield Corporation | 12/20/2024 | 3/26/2025 | 485 | https://ecf.vaed.uscourts.gov/cgi-bin/iqquerymenu.pl?565922 |
| 2024 | wiwdc | Chet | Wilson | Michael | pla | 3:2024cv00924 | Wilson, Chet v. Fairway Independent Mortgage Corp. | 12/27/2024 | 8/7/2025 | 485 | https://ecf.wiwd.uscourts.gov/cgi-bin/iqquerymenu.pl?53717 |
| 2024 | flsdc | Chet | Wilson | Michael | pla | 1:2024cv25117 | Wilson v. Icon Creative Consulting, Inc. | 12/30/2024 | 12/30/2024 | 485 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?681184 |
| 2024 | flsdc | Chet | Wilson | Michael | pla | 1:2024cv25119 | Wilson v. Icon Creative Consulting, Inc. | 12/30/2024 | 3/7/2025 | 485 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?681186 |
| 2025 | ilndc | Chet | Wilson | Michael | pla | 1:2025cv00003 | Wilson v. Club 1 Hotels, LLC | 1/2/2025 | 4/23/2025 | 485 | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?470449 |
| 2025 | candc | Chet | Wilson | Michael | pla | 3:2025cv00260 | Wilson v. AUM Insurance Services LLC | 1/7/2025 | 8/11/2025 | 485 | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?442463 |
| 2025 | wawdc | Chet | Wilson | Michael | pla | 2:2025cv00048 | Wilson v. Zillow Inc | 1/8/2025 | 7/8/2025 | 485 | https://ecf.wawd.uscourts.gov/cgi-bin/iqquerymenu.pl?343395 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv00043 | Wilson v. Centennial Medical Group East, LLC | 1/9/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?183996 |
| 2025 | caedc | Chet | Wilson | Michael | pla | 2:2025cv00212 | Wilson v. KUIU, LLC | 1/15/2025 | 8/22/2025 | 485 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?459156 |
| 2025 | ohsdc | Chet | Wilson | Michael | pla | 2:2025cv00039 | Wilson et al v. LeafFilter North, LLC | 1/16/2025 | 3/17/2025 | 485 | https://ecf.ohsd.uscourts.gov/cgi-bin/iqquerymenu.pl?299455 |
| 2025 | ctdc | Chet | Wilson | Michael | pla | 3:2025cv00112 | Wilson v. Easy Spirit, LLC | 1/22/2025 |  | 485 | https://ecf.ctd.uscourts.gov/cgi-bin/iqquerymenu.pl?163183 |
| 2025 | caedc | Chet | Wilson | Michael | pla | 2:2025cv00278 | Wilson v. BlendJet Inc. | 1/23/2025 | 3/10/2025 | 485 | https://ecf.caed.uscourts.gov/cgi-bin/iqquerymenu.pl?459466 |
| 2025 | candc | Chet | Wilson | Michael | pla | 3:2025cv00802 | Wilson v. Kaiser Foundation Health Plan, Inc. | 1/23/2025 |  | 485 | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?443193 |
| 2025 | casdc | Chet | Wilson | Michael | pla | 3:2025cv00157 | Wilson v. FuturHealth, Inc. | 1/23/2025 |  | 890 | https://ecf.casd.uscourts.gov/cgi-bin/iqquerymenu.pl?803013 |
| 2025 | flndc | CHET | WILSON | MICHAEL | pla | 1:2025cv00023 | WILSON v. TRAJECTOR INC | 1/23/2025 | 7/30/2025 | 485 | https://ecf.flnd.uscourts.gov/cgi-bin/iqquerymenu.pl?529210 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv00144 | Wilson v. Hard Eight Nutrition LLC | 1/28/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?184354 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv00152 | WILSON v. CMRE FINANCIAL SERVICES, INC. | 1/28/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?184366 |
| 2025 | codc | Chet | Wilson | Michael | pla | 1:2025cv00340 | Wilson v. Fleet Financial, Inc. | 1/31/2025 |  | 485 | https://ecf.cod.uscourts.gov/cgi-bin/iqquerymenu.pl?240975 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv00173 | Wilson v. Finmax Smart Capital LLC | 1/31/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?184419 |
| 2025 | flsdc | Chet | Wilson | Michael | pla | 0:2025cv60212 | Wilson v. Pharmacenter LLC | 2/6/2025 |  | 485 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?683401 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv00333 | Wilson v. Blue Moon Fabrics, Inc. | 2/27/2025 | 4/28/2025 | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?184891 |
| 2025 | ordc | Chet | Wilson |  | pla | 6:2025cv00376 | Wilson v. Skopos Financial, LLC | 3/4/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?184976 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv00410 | Wilson v. Norco, Inc. | 3/9/2025 | 8/6/2025 | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?185088 |
| 2025 | tnwdc | Chet | Wilson | Michael | pla | 2:2025cv02347 | Johnson v. American Home Shield Corporation | 3/27/2025 |  | 485 | https://ecf.tnwd.uscourts.gov/cgi-bin/iqquerymenu.pl?105582 |
| 2025 | nysdc | Chet | Wilson | Michael | pla | 1:2025cv03479 | Wilson v. Roman Health Ventures Inc. | 4/27/2025 | 10/6/2025 | 485 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?641349 |
| 2025 | flsdc | Chet | Wilson | Michael | pla | 1:2025cv22069 | Wilson v. Craftie Fox, Inc. | 5/5/2025 | 7/24/2025 | 485 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?689141 |
| 2025 | candc | Chet | Wilson | Michael | pla | 5:2025cv03996 | Wilson v. MEDVIDI INC | 5/8/2025 |  | 485 | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?449232 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv00855 | Wilson v. MAH Group, Inc. | 5/19/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?186518 |
| 2025 | nysdc | Chet | Wilson | Michael | pla | 1:2025cv05503 | Wilson v. Better Mortgage Corp. | 7/2/2025 |  | 485 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?645247 |
| 2025 | candc | Chet | Wilson | Michael | pla | 5:2025cv05656 | Wilson v. AMP FIT, INC. | 7/6/2025 | 9/25/2025 | 485 | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?452353 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv01168 | Wilson v. Inogen, Inc. | 7/6/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?187543 |
| 2025 | gandc | Chet | Wilson | Michael | pla | 1:2025cv04023 | Wilson v. Atlanta Medical Day Spa and Surgery Center, LLC | 7/21/2025 |  | 485 | https://ecf.gand.uscourts.gov/cgi-bin/iqquerymenu.pl?346686 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv01331 | Wilson v. Home Warranty of America, Inc. | 7/29/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?187947 |
| 2025 | ohsdc | Chet | Wilson | Michael | pla | 2:2025cv00872 | Wilson v. Roof Max Technologies LLC | 8/6/2025 |  | 485 | https://ecf.ohsd.uscourts.gov/cgi-bin/iqquerymenu.pl?304772 |
| 2025 | ncmdc | CHET | WILSON |  | pla | 1:2025cv00719 | WILSON v. NATIONAL GENERAL INSURANCE COMPANY | 8/7/2025 |  | 485 | https://ecf.ncmd.uscourts.gov/cgi-bin/iqquerymenu.pl?102613 |
| 2025 | nyndc | Chet | Wilson | Michael | pla | 1:2025cv01075 | Wilson v. Liberty Home Guard LLC | 8/11/2025 |  | 485 | https://ecf.nynd.uscourts.gov/cgi-bin/iqquerymenu.pl?149396 |
| 2025 | wiedc | Chet | Wilson | Michael | pla | 2:2025cv01197 | Wilson v. Tabak Law LLC | 8/11/2025 |  | 485 | https://ecf.wied.uscourts.gov/cgi-bin/iqquerymenu.pl?112951 |
| 2025 | paedc | CHET | WILSON |  | pla | 2:2025cv04845 | WILSON v. MONARCH RECOVERY MANAGEMENT, INC. | 8/24/2025 |  | 485 | https://ecf.paed.uscourts.gov/cgi-bin/iqquerymenu.pl?642710 |
| 2025 | madc | Chet | Wilson |  | pla | 1:2025cv12393 | Taylor et al v. Savvy Insurance Solutions, LLC | 8/29/2025 |  | 485 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?288440 |
| 2025 | nysdc | Chet | Wilson | Michael | pla | 1:2025cv07246 | Wilson v. Lifestation, Inc. | 8/30/2025 |  | 485 | https://ecf.nysd.uscourts.gov/cgi-bin/iqquerymenu.pl?648616 |
| 2025 | ctdc | Chet | Wilson | Michael | pla | 3:2025cv01417 | Wilson v. Inbox Health Corp. | 9/2/2025 |  | 485 | https://ecf.ctd.uscourts.gov/cgi-bin/iqquerymenu.pl?166599 |
| 2025 | ilndc | Chet | Wilson | Michael | pla | 1:2025cv10578 | Wilson v. Disability Services of America, LLC | 9/3/2025 |  | 485 | https://ecf.ilnd.uscourts.gov/cgi-bin/iqquerymenu.pl?485567 |
| 2025 | laedc | Chet | Wilson | Michael | pla | 2:2025cv01810 | Wilson v. McNeil & Meyers Receivables Management Group, LLC | 9/4/2025 |  | 485 | https://ecf.laed.uscourts.gov/cgi-bin/iqquerymenu.pl?274627 |
| 2025 | flsdc | Chet | Wilson | Michael | pla | 0:2025cv61793 | Wilson v. Vozzcom, Inc. | 9/5/2025 |  | 485 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?696571 |
| 2025 | flsdc | Chet | Wilson | Michael | pla | 1:2025cv24103 | Wilson v. MIA Aesthetics Holdings, LLC | 9/9/2025 |  | 485 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?696768 |
| 2025 | wawdc | Chet | Wilson | Michael | pla | 3:2025cv05808 | Wilson v. TRA Medical Imaging Foundation | 9/10/2025 |  | 485 | https://ecf.wawd.uscourts.gov/cgi-bin/iqquerymenu.pl?352443 |
| 2025 | tnmdc | Chet | Wilson | Michael | pla | 3:2025cv01042 | Wilson v. Nissan North America, Inc. | 9/16/2025 |  | 485 | https://ecf.tnmd.uscourts.gov/cgi-bin/iqquerymenu.pl?106202 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv01703 | Wilson v. TPH Paralegal Professional Corporation | 9/23/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?189158 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv01716 | Wilson v. Get Away Today, Inc. | 9/23/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?189182 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 3:2025cv01741 | Wilson v. AMP FIT, INC. | 9/25/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?189240 |
| 2025 | lawdc | Chet | Wilson |  | pla | 3:2025cv01471 | Wilson v. Lumen Technologies Inc | 10/2/2025 |  | 485 | https://ecf.lawd.uscourts.gov/cgi-bin/iqquerymenu.pl?213903 |
| 2025 | ordc | Chet | Wilson |  | pla | 6:2025cv01869 | Wilson v. Freeway Insurance Services of America, LLC | 10/12/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?189557 |
| 2025 | ordc | Chet | Wilson | Michael | pla | 6:2025cv01870 | Wilson v. GameChanger247, LLC | 10/12/2025 |  | 485 | https://ecf.ord.uscourts.gov/cgi-bin/iqquerymenu.pl?189558 |
| 2025 | flsdc | Chet | Wilson | Michael | pla | 9:2025cv81268 | Wilson v. Salespromis, LLC | 10/14/2025 |  | 485 | https://ecf.flsd.uscourts.gov/cgi-bin/iqquerymenu.pl?699043 |