Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 6:25-cv-01331-AA |
| Plaintiff, | : : | |
| v. | : : | |
| HOME WARRANTY OF AMERICA, INC. | : : : | CLASS ACTION COMPLAINT TCPA (47 U.S.C. § 227) DEMAND FOR JURY TRIAL |
| Defendant. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, by and through undersigned counsel, respectfully moves the Court for an order

extending the deadline to file an opposition to Defendant's Motion to Dismiss by fourteen (14)

days, from November 5, 2025, to November 19, 2025. In support of this motion, Plaintiff states

as follows:

1.      Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7-1(d)(2),

Plaintiff's opposition to Defendant's Motion to Dismiss is currently due on November 5, 2025,

fourteen (14) days after the motion's filing.

2.      Plaintiff seeks an additional fourteen (14) days, up to and including November 19,

2025, to file the opposition.

Complaint

3.       The requested extension is sought to allow adequate time for counsel to review

Defendant's motion and supporting materials, including recently produced unredacted exhibits,

and to prepare a thorough and accurate response.

4.       Counsel for Defendant has stated that Defendant does not oppose this request.

5.       Good cause exists for this modest extension, and the request is made in

accordance with Local Rule 16-3 and Local Rule 7-1(a), which require parties to confer and

encourage the filing of stipulated or unopposed motions where feasible.


WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending the

deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss from November 5,

2025, to November 19, 2025, and extending Defendant's reply deadline by a corresponding

fourteen (14) days.


Dated: November 3, 2025

s/Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

Complaint

2