Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

*Attorney for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>HOME WARRANTY OF AMERICA, INC.,<br><br>  Defendant. | Case No. 6:25-cv-01331-AA<br><br>**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY** |

Plaintiff Chet Michael Wilson ("Plaintiff"), for himself and on behalf of Defendant Home Warranty of America, Inc. (individually "Defendant" and together with Plaintiff, collectively, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that the resolution will be finalized and a notice of voluntary dismissal in this regard will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring additional litigation expenses or burdening the Court or its resources, the Parties jointly and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Dated: December 19, 2025                    Respectfully submitted,

By: /s/ Andrew Roman Perrong

Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

*Attorney for Plaintiff and the Proposed Class*

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1, the undersigned counsel for Plaintiff conferred with counsel for Defendant, who indicated that Defendant does not oppose the requests for relief sought herein.

## CERTIFICATE OF SERVICE

I hereby certify that, on December 19, 2025, the foregoing was served electronically via email to Plaintiff, sent to the email addresses for counsel of record identified on the Court's CM/ECF docket system for the above-referenced matter.

/s/ Andrew Roman Perrong

Andrew Roman Perrong, Esq.