Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
*Attorney for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : | **6:25-cv-1331** |
| v. | : : | NOTICE OF DISMISSAL TCPA (47 U.S.C. § 227) |
| HOME WARRANTY OF AMERICA, INC. | : : | DEMAND FOR JURY TRIAL |
| Defendant. | : : | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Chet Michael Wilson hereby gives notice that his individual claims in this action against Defendant Home Warranty of America, Inc., are hereby voluntarily dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this January 28 2026.

s/ Andrew Roman Perrong
Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA  19038
Telephone: 215-225-5529
*Lead attorney for Plaintiff and the Proposed Class*